Mark L. **SEWELL**, Defendant Below, Appellant,

v.

**STATE** of Delaware, Plaintiff Below, Appellee.

### No. 227, 2017

Supreme Court of Delaware.

Submitted: July 28, 2017

Decided: October 17, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0907027672 (K)

GRANTED. AFFIRMED.